UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ALL ONE GOD FAITH, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES, *et al.*,<br><br>　　　　　Defendants. | Before: Judge Gary S. Katzmann<br>Court No. 20-00164 |

### ORDER

On September 28, 2021, Plaintiff GLōB Energy Corporation ("GLōB") filed a Motion for Temporary Restraining Order and Preliminary Injunction to require Defendant U.S. Customs and Border Protection ("CBP") to return to unliquidated status all Plaintiff's liquidated entries of xanthan gum under protest, or to suspend the same protest during the pendency of this litigation. Pl.'s Mot. for Temp. Restraining Order and Prelim. Inj., ECF No. 52 ("Pl.'s Mot.").

On September 30, 2021, Defendant the United States ("Government") filed its Opposition to Plaintiff's Motion for a Preliminary Injunction. Def.'s Opp. to Pl.'s Mot. for Prelim. Inj., ECF No. 53 ("Def.'s Opp.").

Upon consideration of both pleadings, the court concludes that, largely for the reasons set forth in the Defendant's opposition, the factors underlying injunctive relief do not favor GLōB's request. Importantly, the court does not possess subject matter jurisdiction to review entries that have already been liquidated except upon commencement of an action challenging denial of protest -- which GLōB has not lodged -- and therefore lacks the authority to provide the requested relief. 19 U.S.C. § 1514. Moreover, as the Government correctly observes, there is another avenue for GLōB to preserve its rights: it can timely file an action under 28 U.S.C. § 1581(a) contesting CBP's

Court No. 18-00229 Page 2

denial of its protest.  Def.'s Opp. at 7.

As GLōB is not at risk of irreparable harm because it may yet timely file an action under 28 U.S.C. § 1581(a) contesting the denial of its protest;

As the actual harm that GLōB contests -- the liquidation of its entries -- has already occurred; and

As this court cannot offer any remedy for the liquidation of GLōB's entries unless an appeal of the denial of the protest is timely filed, it is hereby

**ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is **DENIED**.

*/s/   Gary S. Katzmann*
Gary S. Katzmann, Judge

Dated: September 30, 2021
New York, New York