# United States Court of Appeals for the Federal Circuit

---

**ALL ONE GOD FAITH, INC., DBA DR. BRONNER'S MAGIC SOAPS,**
*Plaintiff*

**GLOB ENERGY CORP., ASCENSION CHEMICALS LLC, UMD SOLUTIONS LLC, CRUDE CHEM TECHNOLOGY LLC,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Appellee*

**CP KELCO U.S., INC.,**
*Defendant*

---

2023-1078, 2023-1081

---

Appeals from the United States Court of International Trade in Nos. 1:20-cv-00164-GSK, 1:20-cv-00160-GSK, 1:20-cv-00161-GSK, 1:20-cv-00162-GSK, 1:20-cv-00163-GSK, Judge Gary S. Katzmann.

---

## MANDATE

---

In accordance with the judgment of this Court, entered February 27, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

April 21, 2025
Date



Jarrett B. Perlow
Clerk of Court